IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **REBECCA MARIE SHAW**, <br><br> *Plaintiff*, <br><br> v. <br><br> **COMMISSIONER OF SOCIAL SECURITY**, <br><br> *Defendant*. | Civil Action <br><br> File No. **4:20-CV-00040-CDL-MSH** |

### ORDER ON EAJA FEE REQUEST

This matter is before the Court on Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("Plaintiff's EAJA petition") (Doc. 16). The Defendant has responded noting no opposition to the motion (Doc. 17). Plaintiff seeks $7,800.00 in attorney fees, $25.00 in expenses for certified mailing of service of process , and $400.00 in costs for filing fees (Doc. 16).

IT IS ORDERED that Plaintiff is awarded attorney's fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of $7,800.00 and expenses in the amount of $25.00. Plaintiff is also awarded costs in the amount of $400.00 to be paid from the Judgment Fund by the Department of the Treasury pursuant to 31 U.S.C. § 1304. No further requests for fees or costs under the EAJA shall be filed in this case. Defendant is ordered to pay those amounts to Plaintiff directly, subject to any offset imposed by the Treasury Department's Offset Program.

The Commissioner shall determine after entry of this Order whether Plaintiff owes a debt to the government that is subject to 31 U.S.C. §§ 3711 and 3716, which allow for the collection of a federal debt from the amount awarded to Plaintiff. If Plaintiff does owe a debt to the government, her EAJA fee award will be applied toward such debt by the Treasury Department's Offset Program, see Astrue v. Ratliff, 560 U.S. 586, 596-97 (2010), and the Commissioner shall notify the Treasury Department that if any funds remain after the EAJA fee award is applied to her debt, the Treasury Department should issue a check for the remaining funds made payable to Plaintiff and delivered to Plaintiff's attorney. If the Commissioner determines that Plaintiff does not owe a debt that is subject to offset, the Commissioner may accept Plaintiff's assignment of Equal Access to Justice Act fees and pay such fees directly to Plaintiff's attorney or may issue a check made payable to Plaintiff and delivered to Plaintiff's attorney.

The Clerk shall enter a judgment consistent with this Order.

**SO ORDERED** this **25th** day of **August, 2021**.

    _S/Clay D. Land_____
CLAY D. LAND
UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA