IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| REBECCA MARIE SHAW, | * |
| Plaintiff, | * |
| v. | Case No. 4:20-CV-40-CDL-AGH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed September 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $17,164.50.

This 12th day of September, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk